UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| EDWARD ROGERS, a/k/a WILLIAM ROGERS, | ) 4:13CR00175 JAR |
| Defendant. | ) |

FILED
MAY - 8 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 30, 2012, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri,

**EDWARD ROGERS
a/k/a WILLIAM ROGERS**,

the Defendant herein, having been previously convicted, in a court of law, of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, said firearm having been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(e).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
PATRICK T. JUDGE, #39676MO
Assistant United States Attorney